

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-16-00022-CV

Kenneth H. **TARR,**
Appellant

v.

**TIMBERWOOD PARK OWNERS ASSOCIATION INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV02779
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file response is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court